Civil Action No. 2:21-cv-10452

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DENNIS WILLIAMS was received by me on *(date)* Thu, Mar 04 2021.

[X] I personally served the summons on the individual at *(place)* 24455 CRESTLEY DR, CORONA, CA 92883 on *(date)* Sat, Mar 06 2021 at 8:07am ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $25.00.

I declare under penalty of perjury that this information is true.

Date: 03/08/2021

*Server's signature*

Mandale Griffin San Bernardino RPS#1585

*Printed name and title*

c/o HASTINGS LEGAL SERVICES, LLC 41715 ENTERPRISE CIR. N. #208 TEMECULA, CA 92590 951-296-266

*Server's address*

Additional information regarding attempted service, etc.:
Received by DENNIS WILLIAMS. Age: 60-65; Ethnicity: Caucasian; Gender: Male; Weight: 220 ; Height: 5'11"; Hair: Brown; Eyes: Blue; Relationship: SUBJECT; Other: HAIR IS BROWN/GRAY ;